UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricia Crumley, on behalf of herself and all others similarly situated, | Case No. 07-3946 (JNE/JJG) |
| Plaintiff, | **DEFENDANT TIME WARNER CABLE, INC.'S MOTION TO DISMISS OR ALTERNATIVELY STAY PROCEEDINGS** |
| vs. | |
| Time Warner Cable, Inc., a division of Time Warner Entertainment Company, Inc., | |
| Defendant. | |

Defendant Time Warner Cable, Inc. ("TWC"), by its undersigned attorneys, respectfully moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the entirety of Plaintiff's Amended Complaint with prejudice on the grounds that Plaintiff's Complaint is barred by the filed rate doctrine and preempted by federal law. In addition, TWC moves, pursuant to Fed. R. Civ. P. 12(b)(1) and the Federal Arbitration Act (9 U.S.C. § 1, *et seq.*), to dismiss the Amended Complaint or alternatively to stay these proceedings, based on the presence of a binding arbitration clause in the applicable agreement between the parties.

The grounds for this motion will be set forth in a memorandum of law and affidavit to be filed in support thereof 45 days prior to the hearing on this motion.

2

Dated:  November 9, 2007.        KELLY & BERENS, P.A.


By:  s/ Tracey L. Baubie
   Timothy D. Kelly (#54926)
   Tracey L. Baubie (#0224625)
   3720 IDS Center
   80 South Eighth Street
   Minneapolis, Minnesota 55402
   (612) 349-6171

WARGO & FRENCH LLP
   Michael S. French (admitted *pro hac vice*)
   1170 Peachtree Street
   Suite 2020
   Atlanta, Georgia 30309
   (404) 853-1510

   ***Attorneys for Defendant***