# EXHIBIT A

# Insert Authorization Form

Date: _1-9-06_ ____ From: _Nancy McDaniel_

To: _Joyce Cartwright_ ____ Company: _Time Warner Cable - MN_
(ComTec, Inc Customer Service Representative)
Fax Number:   MN: (952)-826-0762   NJ: (973)-882-3051

Dates to run inserts: ____ Beginning Date: _1-22_ ____ Expiration Date: _2-22_
(It is the clients responsibility to send or discontinue using the insert codes in conjunction with the dates given)

A.  Insert code: _RS1_

B.  Description of inserts: _Residential Services Subscriber_
_Agreement (Booklet)_

C.  Special envelope for this run: _no_

D.  Date ComTec should expect arrival: _now_

E.  Quantity ComTec should expect (5% overage): _010,000_

F.  If the above insert is not available at time of cycle, or shortage occurs,
ComTec should:

1.  ☐ Mail statements without inserts.

2.  ☒ Call site for instructions (will cause delay).

Contact Name: _Nancy McDaniel_

Phone #: _952-607-4253_

G.  If insert puts statements over one ounce:
1. ☐ Run without
2. ☒ Run with
(Postage will be billed back to customer)

H.  After insertion, excess inserts should be:
1. ☒ Recycle
2. ☐ Stored for next run
Month: ____
3. ☐ Return, send to:
____
____
____
____

I.  Insert will be inserted in the following:
☒ Statement: ____

☐ Letter: ____
____
____

This Insert Authorization gives ComTec the authority to insert the bill stuffers identified. Applicable specifications and requirements have been observed. ComTec will impose a fee of $200 per handling and for disposal of inserts.

Signature: _Nancy McDaniel_ ____ Phone #: _952-607-4253_

If a problem occurs regarding inserts during the evening or weekend (do you want to be contacted? (if not there may be a delay in mailing statements):

If yes number to be reached at: _612-239-4124_

If you have any questions please contact your Client Service Representative.

## COMTEC
INCORPORATED
www.comtecnet.com

6 Just Road, Fairfield, New Jersey 07004-3408, Phone: (973) 882-3050, Fax: (973) 882-3051
7642 Washington Ave. S, Eden Prairie, Minnesota 55344-3706, Phone: (952) 826-0777, Fax: (952) 826-0762

April 2001

# EXHIBIT B

PATRICIA CRUMLEY
3530 RUSSELL AVE N
MINNEAPOLIS MN 55412-2240 C016

Thank you for being our customer. We value and appreciate the opportunity to serve you and your home

...are not interrupted...
... 2000 ...

...
speak with a billing representative please call 612-522-2000.

Time Warner Cable
... 2000
www...warnercable.com

801 Plymouth Av. N          1440... ...or Blvd
M... 7pm                     (... ...)

SAT

SAT
...

Nor... ...97...
...delia  507-642-...

TIME WARNER
CABLE                                    Date            01/23/08
801 Plymouth Ave. North                  Acct. No.       029202602
Minneapolis, MN 55411                    Past Due Amt.      $61.62
612-522-2000

                                         Use coupon located at the bottom
                                         of the enclosed monthly.

#DXNFV23
PATRICIA CRUMLEY
3530 RUSSELL AVE
...

Adjustments/One-Time-Charges        $5.00

Total Amount Due                  $106.53

Date Due

## ACCOUNT DETAILS

| | | |
|---|---|---|
| 12:21 | Previous Balance | $273.66 |
| 1/02 | Payment - Thank You | ($212.04) Credit |
| 12/28 | Phone Payment Fee | $5.00 |

## PARTIAL MONTH CHARGES

| | | |
|---|---|---|
| 12/20-12/28 | Basic Cable Package | ($1.85) Credit |
| | Standard Cable Package | ($7.13) Credit |
| | | |
| | Franchise Access Fee | ($0.13) |

Digital Remote Rental @ $0.30 Each

Digital Converter Rental @ $7.95 Each.

Rf-Standard Cable

The amount due includes your previous balance.
To avoid a late charge of $5.00 and possible
interruption of service, please pay promptly if
payment has been sent, thank you.

Wishing you had a choice for your home
telephone service? Now you do with Digital

phone service. Some

want for a dial-up connection

Runner

to today

runner can benefit you.

Call

---

**CABLE**

| 029202602 | 01/23/06 | $40.21 | Upon Receipt | $106.53 |
|---|---|---|---|---|

Amount Enclosed

PAY@XPRESS  ☐ EVERY MONTH ☐ ONE-TIME

Select
EVERY MONTH   ACCOUNT # ☐☐☐☐☐☐☐☐☐☐
to save time
and postage!   EXP. DATE ☐☐  ☐☐ SIGNATURE_____

reverse side for additional
ormation

City Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $0.19

Thank you for being our customer.    Your total amount due is    $106.33

UNDERSTANDING YOUR BILL

ACCOUNT DETAILS

Want Movie Fun at your home? Tune to Channel 600. It's perfect for spontaneous, stress-free fun and it's a great value! You will never have to leave

MOVIES on

1. Account

---

### CHECK HERE IF YOU ARE INTERESTED IN BEING CONTACTED ABOUT:

[ ]  Movies on Demand Channel 600
[ ]  Digital Phone Service for Your Home
[ ]  High Speed Internet Services
[ ]  Digital Video Recorder (DVR)

- Your closest service center is located at:
  801 Plymouth Ave N
  Minneapolis, MN 55411

- Your closest payment drop box is:
  801 Plymouth Ave N, Minneapolis, MN 55411

- Customer Service:  612-522-2000