# EXHIBIT A

# Insert Authorization Form

Date: _1-9-06_                        From: _Nancy McDanity_

To: _Joyce Cartwright_           Company: _Time Warner Cable - MN_
(ComTec, Inc Customer Service Representative)

Fax Number:   MN: (952)-826-0762      NJ: (973)-882-3051

Dates to run inserts:          Beginning Date: _1-22_     Expiration Date: _2-22_
(It is the clients responsibility to send or discontinue using the insert codes in conjunction with the dates given)

A.  Insert code: _RS1_

B.  Description of inserts: _Residential Services Subscriber_
    _Agreement  (Booklet)_

C.  Special envelope for this run?: _no_

D.  Date ComTec should expect arrival: _Now_

E.  Quantity ComTec should expect (5% overage): _210,000_

F.  If the above insert is not available at time of cycle, or shortage occurs,
    ComTec should:

    1. ☐ Mail statements without inserts.

    2. ☑ Call site for instructions (will cause delay).

       Contact Name: _Nancy McDanity_

       Phone #: _952-607-4253_

G.  If insert puts statements over one ounce:
    1. ☐ Run without
    2. ☑ Run with
    (Postage will be billed back to customer)

H.  After insertion, excess inserts should be:
    1. ☑ Recycle
    2. ☐ Stored for next run
       Month: _____
    3. ☐ Return, send to:
    _____
    _____
    _____
    _____

I.  Insert will be inserted in the following:
    ☑ Statement: _____

    ☐ Letter: _____
    _____
    _____

This letter of Authorization gives ComTec the authority to insert the billstuffers identified. Applicable specification and requirement have been observed. ComTec will impose a fee of $2.00 per thousand for disposal of inserts.

Signature _Nancy McDanity_                    Phone # _952-607-4253_

If a problem occurs regarding inserts during the evening or weekend, do you want to be contacted?
(if not there may be a delay in mailing statements):

If yes, number to be reached at: _612-239-4124_

If you have any questions please contact your Client Service Representative.

**COMTEC**
**INCORPORATED**
www.comtecnet.com

6 Just Road, Fairfield, New Jersey 07004-3408, Phone: (973) 882-3050, Fax: (973) 882-3051
7642 Washington Ave. S, Eden Prairie, Minnesota 55344-3706, Phone: (952) 826-0777, Fax: (952) 826-0762

April 2001

# EXHIBIT B



TIME WARNER CABLE

CABLE | HIGH-SPEED ONLINE | DIGITAL PHONE

Residential Services
Subscriber Agreement